UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIM R. NABORS** | **CIVIL ACTION** |
| **v.** | **NUMBER 09-737-JVP-DLD** |
| **STATE FARM INSURANCE COMPANY, ET AL** | |

### ORDER

**IT IS ORDERED** that a settlement conference is hereby set for **February 24, 2010 at 10:30 a.m.**, in chambers, which is located at 777 Florida St., Room 265, Baton Rouge, Louisiana. The parties shall submit confidential settlement position papers (please be brief and to the point) by **noon on February 17, 2010** to the judge's chambers either via facsimile transmission to (225) 389-3603 or hand delivery. The position paper should set forth a brief statement of your claim or defense followed by the strengths and weaknesses of your position. The concluding section should contain suggestions for a satisfactory resolution of the claim. Please do not be bound by monetary solutions, but rather consider all possible alternatives to reaching a satisfactory resolution. Also, please keep in mind that these submissions are confidential, will not be exchanged, are not binding, and that posturing is inappropriate and only serves to handicap the process. The Magistrate Judge serves as a neutral facilitator in this process; thus it serves no purpose for either party to attempt to convince the Magistrate Judge of his position.

The settlement conference itself will begin with a brief statement by the Magistrate Judge followed by opening statements from each party.  Thereafter, the parties will be separated, and the Magistrate Judge will facilitate the negotiations between the parties.

In addition to counsel who will try the case, a person with full settlement authority must be present for each party at the conference.  This requirement contemplates the presence of your client or, if a corporate entity, an authorized representative of your client, who has full and final settlement authority.  The purpose of this requirement is to have representatives present who can settle the case during the course of the conference without consulting a superior.  Upon proper application to the Court, a governmental entity, insurance company or corporate board may be granted permission to proceed with a representative with limited authority, provided he/she has direct communication with a representative with full authority throughout the conference, even if the settlement conference lasts through lunch or after working hours.  Any other persons deemed necessary to negotiate a settlement may also attend, at the discretion of the Court, or upon proper application to the Court.  Counsel of record will be responsible for timely advising any involved non-party (i.e., insurance company), of the requirements of this order.

Signed in Baton Rouge, Louisiana, on January 7, 2010.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**